IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TROY JENSEN,

   Plaintiff,

  v.

CHRISTOPHER NIKSCH
INDIVIDUALLY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-3693-TWT

**ORDER**

This is an FLSA overtime case. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending granting the Defendant Niksch's Motion to Dismiss [Doc. 6]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Niksch's Motion to Dismiss [Doc. 6] is GRANTED. The Renewed Motion to Dismiss [Doc. 24] is DENIED as moot.

SO ORDERED, this 15 day of August, 2018.


                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          United States District Judge